# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2586

_____

| | | |
|---|---|---|
| Joseph R. Ferri, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska. |
| The Gallup Organization, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: March 8, 2004
Filed: March 26, 2004

_____

Before BYE, McMILLIAN, and RILEY, Circuit Judges.

_____

PER CURIAM.

Joseph R. Ferri (Ferri) appeals following the district court's[1] adverse grant of summary judgment in his action claiming age discrimination. After careful de novo review of the record, see Schiltz v. Burlington N. R.R., 115 F.3d 1407, 1411 (8th Cir. 1997), we discern no prejudicial error in the court's grant of summary judgment, and we affirm. Further, we find no abuse of discretion in the district court's denial of Ferri's motion to amend his complaint, see Hannah v. City of Overland, Mo., 795 F.2d 1385, 1392-93 (8th Cir. 1986) (standard of review), or in the court's discovery

_____

[1]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

rulings, <u>see</u> <u>Roberts v. Shawnee Mission Ford, Inc.</u>, 352 F.3d 358, 360 (8th Cir. 2003) (standard of review).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____